In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Amstel Avenue, from Far Rockaway Boulevard to Beach 71st Street; Hammels Boulevard, from Amstel Avenue to Beach Channel Drive; and Beach Channel Drive, from Hammels Boulevard to 116th Street, as Amended; in the Borough of Queens, City of New York. JAMIESON & BOND COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— The Jamieson & Bond Company appeal from an order denying its motion to vacate a notice of motion made by respondent to vacate and set aside a final decree entered January 27, 1926, in so far as it made an award to the appellant; and to stay further proceedings by respondent to vacate such final decree. Order affirmed, without costs. Stay vacated. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

In the Matter of CHARLES MCMANN, Respondent, v. WARREN MCMANN, Appellant.— Defendant appeals from orders of the Domestic Relations Court of the City of New York (Family Court), Borough of Queens [County of Queens], denying motions to set aside an order directing him to contribute toward the support of his parents and for other relief. Orders affirmed and all other relief denied. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.